# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 16-07005 BRO (PLAx) | Date | May 8, 2017 |
|---|---|---|---|
| Title | GF Offshore and Energy Resources LTD v. Adams S. Tracy et al | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

**ORDER RE DISMISSAL**

A Notice of Settlement was filed on March 15, 2017. (Dkt. 28)

On March 15, 2017, the Court issued an Order directing the parties to file a Stipulation and Proposed Order Dismissing the action on or before April 14, 2017, or, in the alternative a Joint Status Report.

The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time and no dismissal was filed.

To date, however, no dismissal and/or status report has been filed with this Court. Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

| | Initials of Preparer | rf |
|---|---|---|